IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JORGE PONSA-RABELL, et al.,

Plaintiffs,

v.                                                          CIVIL NO. 17-2243 (CCC)

SANTANDER SECURITIES, LLC., et al.,

Defendants.

## JUDGMENT

Pursuant to the Court's Opinion and Order Adopting Report and Recommendation at Docket No. 72, judgment is hereby entered **DISMISSING** Plaintiffs' federal claims **WITH PREJUDICE** and their state claims **WITHOUT PREJUDICE.**

**SO ORDERED.**

In San Juan, Puerto Rico this 22nd day of July 2020.

*s/Gustavo A. Gelpí*
GUSTAVO A. GELPI
Chief United States District Judge