# United States Court of Appeals
## For the First Circuit

No. 20-1857

JORGE PONSA-RABELL; CARINA PEREZ-CISNEROS ARMENTEROS; MARILU CADILLA-REBOLLEDO, by herself and on behalf of her children's accounts,

Plaintiffs, Appellants,

YGRC MINOR CHILD; CIRC MINOR CHILD,

Plaintiffs,

v.

SANTANDER SECURITIES LLC; SANTANDER BANCORP; SANTANDER HOLDINGS USA, INC.; BANCO SANTANDER PUERTO RICO; BANCO SANTANDER, S.A.,

Defendants, Appellees.

**JUDGMENT**

Entered: May 20, 2022

This cause came on to be heard on appeal from the United States District Court for the District of Puerto Rico and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The judgment of the district court is affirmed. Each party shall bear its own costs.

By the Court:

Maria R. Hamilton, Clerk

cc: Eric Quetglas-Jordan, Luis E. Minana, Jose F. Quetglas Jordan, Nestor Mendez-Gomez, Jason Rafael Aguilo-Suro, Andrew W. Stern, Nicholas P. Crowell, James O. Heyworth, Francesca Eva Brody